IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL DAWSON,

    Plaintiff,

v.                                                  Civil Action No. **3:23CV10**

MAJOR LASSITER, *et al.*,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on February 7, 2023, the Court conditionally docketed Plaintiff's action. On February 16, 2023, the United States Postal Service returned the February 7, 2023, Memorandum Order to the Court marked, "Return to Sender," and "Inmate not in VADOC." (ECF No. 4.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ *(signed)*
John A. Gibney, Jr.
Senior United States District Judge

Date: 4 April 2023
Richmond, Virginia